# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-212
LT Case No. 2012-036134-CFAES
<mark>CORRECTED</mark>

_____

<mark>JUSTIN</mark> DUKE TITONE,

      Appellant,

      v.

STATE OF FLORIDA,

      Appellee.

_____

3.850 Appeal from the Circuit Court for Volusia County.
Matthew M. Foxman, Judge.

Eddie J. Bell, of Law Office of Eddie J.
Bell, Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Allison L. Morris,
Assistant Attorney General, Daytona
Beach, for Appellee.

August 15, 2023

PER CURIAM.

      AFFIRMED.

WALLIS, LAMBERT, and HARRIS, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————